No. 474. ERIE RAILROAD CO. *v.* FRITSCH ET AL.; and No. 475. SAME *v.* LANDAU ET AL. December 3, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George S. Hobart* and *Ralph E. Cooper* for petitioner. No appearance for respondents.

No. 493. WARNER *v.* COMMISSIONER OF INTERNAL REVENUE. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sumner Ford* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John MacC. Hudson* for respondent.

No. 492. OREGON-WASHINGTON RAILROAD & NAVIGATION CO. *v.* JORGENSEN. December 3, 1934. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. Arthur C. Spencer* for petitioner. No appearance for respondent.

No. 494. THRELKELD *v.* UNITED STATES. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. George A. Threlkeld, pro se. Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. Edward T. Burke* and *H. Brian Holland* for the United States.

No. 500. STANDARD OIL COMPANY OF COLORADO *v.* STANDARD OIL CO. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George Heber Swerer* and

*Wm. D. Harris* for petitioner. *Messrs. Henry McAllister* and *Louis L. Stephens* for respondent.

No. 501. HARTZELL *v.* UNITED STATES. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Carlos W. Goltz* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 508. FREEMAN *v.* UNITED STATES. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. F. Stambaugh* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *J. P. Jackson* for the United States.

No. 510. STRONG *v.* ROGERS, COLLECTOR. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John W. Davis* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, Norman D. Keller,* and *H. Brian Holland* for respondent.

No. 514. O'CONNOR *v.* DAVITT. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James S. Y. Ivins* and *George E. O'Connor* for petitioner. *Messrs. Myron Kommel* and *David L. Podell* for respondent.